DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANA M. VARELA PALOMINO** and **OLGA L. MARIN SALAZAR,**
Appellants,

v.

**ROBERT C. LEVINE, ELANA SARAH LEVINE,** and **GEORGE HAMBRICK,**
Appellees.

No. 4D22-875

[March 23, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-lisa Phillips, Judge; L.T. Case No. 20-4649 CACE (25).

Clara Martinez of Clara Martinez Law, PA, Miami, for appellants.

No brief filed on behalf of appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***